| Fill in this information to identify the case: |
| --- |

Debtor name    **Flooring Solutions, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **16-12380**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $    **8,949,580.87**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $    **8,949,580.87**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **4,063,431.87**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$    **1,738,470.93**

4.    **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b    $    **5,801,902.80**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Flooring Solutions, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known) **16-12380**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   | | | Current value of debtor's interest |
   |---|---|---|
   | 2. | **Cash on hand** | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | **Checking Account** | | | **$0.00** |
   | 3.2. | **Provident Bank** | | | **$0.00** |
   | 3.3. | **Sona Bank Operating Account** | | | **$767.87** |
   | 3.4. | **Sona Bank Deposit Account** | | | **$8,472.18** |
   | 3.5. | **Sona Bank Deposit - Bonded Jobs** | | | **$67,994.69** |

4. **Other cash equivalents** *(Identify all)*

   | | | | | |
   |---|---|---|---|---|
   | 4.1. | **Undeposited Funds** | | | **$0.00** |

| Debtor | **Flooring Solutions, Inc.** | Case number *(If known)* **16-12380** |
|---|---|---|
| | Name | |

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$77,234.74

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Prepaid Expenses** | $18,689.20 |
| 7.2. | **Prepaid Insurance** | $15,444.15 |
| 7.3. | **Prepaid Interest** | $0.00 |
| 7.4. | **Other prepaid expenses** | $0.00 |
| 7.5. | **Prepaid rent** | $0.00 |
| 7.6. | **Prepaid AmEx** | $0.10 |
| 7.7. | **Prepaid deposits** | $338,321.95 |
| 7.8. | **Deposits - Joint Check Venture** | $271,221.91 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid Taxes** | $0.00 |
| 8.2. | **Leasehold Improvements** | $130,843.27 |

| Debtor | **Flooring Solutions, Inc.** | | Case number *(if known)* **16-12380** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 8.3. | **Capital Leased Equipment** | $0.00 |

| | | |
|---|---|---|
| 8.4. | **A/D - Leasehold Improvement** | $102,005.43 |

| | | |
|---|---|---|
| 8.5. | **A/D - Capital Leased Equipment** | $0.00 |

| 9. | **Total of Part 2.** | |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | $876,526.01 |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**    **Accounts receivable**

| 11a. 90 days old or less: | 26,000.00 | - | 0.00 | = .... | $26,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 621,426.12 | - | 0.00 | = .... | $621,426.12 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 29,406.71 | - | 0.00 | = .... | $29,406.71 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 40,870.46 | - | 0.00 | = .... | $40,870.46 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Flooring Solutions, Inc.**                                    Case number *(if known)*  **16-12380**
Name

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **0.00** | - | **0.00** = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **0.00** | - | **0.00** = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **0.00** | - | **0.00** = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **0.00** | - | **0.00** = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **0.00** | - | **0.00** = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **0.00** | - | **0.00** = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **0.00** | - | **0.00** = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **0.00** | - | **0.00** = .... | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **228,084.90** | - | **0.00** = .... | **$228,084.90** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **5,115.49** | - | **0.00** = .... | **$5,115.49** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **98,448.84** | - | **0.00** = .... | **$98,448.84** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **60,000.00** | - | **0.00** = .... | **$60,000.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **6,500.00** | - | **0.00** = .... | **$6,500.00** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **2,148.98** | - | **0.00** = .... | **$2,148.98** |
| | face amount | | doubtful or uncollectible accounts | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Flooring Solutions, Inc.** | | Case number *(If known)* **16-12380** |
|---|---|---|---|
| | Name | | |

| 11a. 90 days old or less: | **0.00** | - | **0.00** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **5,769,001.06** | - | **26,000.00** =.... | **$5,743,001.06** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **284,667.30** | - | **0.00** =.... | **$284,667.30** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | **$7,145,669.86** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies Inventory  see attached Inventory Financial Report as of 7/5/16** | | **$0.00** | **Liquidation** | **$85,778.72** |
| | **Inventory adjustment** | | **$0.00** | | **$0.00** |

| 23. | **Total of Part 5.** | **$85,778.72** |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **Flooring Solutions, Inc.** | | Case number *(If known)* | **16-12380** |
|---|---|---|---|---|
| | Name | | | |

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | Office Furniture and Fixtures | $0.00 | Liquidation | $165,360.20 |
| | A/D Office Furniture and Fixtures | $0.00 | Liquidation | $153,867.20 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Office Equipment | $0.00 | Liquidation | $161,008.52 |
| | Office Equipment | $0.00 | Liquidation | $148,275.35 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|---|---|---|---|---|

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $628,511.27 |
|---|---|---|---|---|

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 6

Debtor   **Flooring Solutions, Inc.**                                    Case number *(if known)* **16-12380**
         Name

47.      **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

         47.1.   **2005 GMC SAFARI VIN**
                 **1GTDM19X55B508889** _____   $0.00   | Liquidation |           $3,508.00

48.      **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
         floating homes, personal watercraft, and fishing vessels

49.      **Aircraft and accessories**

50.      **Other machinery, fixtures, and equipment (excluding farm
         machinery and equipment)**
         **A/D Machinery & Equipment** _____   $0.00   |           |          $132,352.27

51.      **Total of Part 8.**                                                        | $135,860.27 |
         Add lines 47 through 50.  Copy the total to line 87.

52.      **Is a depreciation schedule available for any of the property listed in Part 8?**
         ■ No
         ☐ Yes

53.      **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1. **Lease with FS Trading LLC** | | $0.00 | | $0.00 |

56.      **Total of Part 9.**                                                       | $0.00 |
         Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
         Copy the total to line 88.

57.      **Is a depreciation schedule available for any of the property listed in Part 9?**
         ■ No
         ☐ Yes

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Flooring Solutions, Inc.**                                    Case number *(If known)*  **16-12380**
          Name

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Flooring Solutions, Inc.**                                    Case number *(if known)*  **16-12380**
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $77,234.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $876,526.01 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $7,145,669.86 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $85,778.72 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $628,511.27 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $135,860.27 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,949,580.87 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,949,580.87 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Flooring Solutions, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    **16-12380**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1    Sona Bank**
Creditor's Name

**550 Broadview Avenue
#102
Warrenton, VA 20186**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Line of Credit**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | $4,063,431.87 | $0.00 |

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $4,063,431.87 |
|---|

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name     **Flooring Solutions, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF VIRGINIA

Case number (if known)     **16-12380**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**ABC Stone-Brooklyn**<br>**234 Banker Street**<br>**Brooklyn, NY 11222**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,316.53** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**ADT Security Services, Inc.**<br>**PO Box 371967**<br>**Pittsburgh, PA 15250**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,488.36** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Aflac**<br>**1932 Wynnton Road**<br>**Columbus, GA 31990**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$169.68** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Akbar Syed**<br>**16125 Mountain Eagle Ct.**<br>**Woodbridge, VA 22191**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,840.93** |

| Debtor | Flooring Solutions, Inc. | Case number (if known) | 16-12380 |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,830.27** |
|---|---|---|---|
| | **Alex Fernandez Devila** | ☐ Contingent | |
| | **44792 Ashler Terrace #300** | ☐ Unliquidated | |
| | **Ashburn, VA 20147** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,925.00** |
|---|---|---|---|
| | **All Metal Manufacturing** | ☐ Contingent | |
| | **25395 Pleasant Valley Road** | ☐ Unliquidated | |
| | **Chantilly, VA 20152** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$847.64** |
|---|---|---|---|
| | **American Express** | ☐ Contingent | |
| | **PO Box 1270** | ☐ Unliquidated | |
| | **Newark, NJ 07101** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,395.34** |
|---|---|---|---|
| | **Architectural Ceramics** | ☐ Contingent | |
| | **6807 Wisconsin Ave** | ☐ Unliquidated | |
| | **Chevy Chase, MD 20815** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$61,699.29** |
|---|---|---|---|
| | **Asmar Schor McKenna PLLC** | ☐ Contingent | |
| | **5335 Wisconsin Ave NW #400** | ☐ Unliquidated | |
| | **Washington, DC 20015** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,492.10** |
|---|---|---|---|
| | **Bentley Prince Street** | ☐ Contingent | |
| | **14641 East Don Julian Road** | ☐ Unliquidated | |
| | **La Puente, CA 91746** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,144.20** |
|---|---|---|---|
| | **Broad Aspect** | ☐ Contingent | |
| | **22375 Broderick Dr #220** | ☐ Unliquidated | |
| | **Sterling, VA 20166** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Flooring Solutions, Inc. | | Case number (if known) | 16-12380 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,996.12 |
|---|---|---|---|

**Butzel Long**
**1747 Pennsylvania Ave. N.W.**
**Suite 300**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,592.05 |
|---|---|---|---|

**C&C Floor, Inc.**
**25820 Norrington Square**
**Chantilly, VA 20152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Capital One Bank NA**
**PO Box 71083**
**Charlotte, NC 28272-1083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Mastercard

Last 4 digits of account number 3150

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,363.31 |
|---|---|---|---|

**CarMax Auto Finance**
**PO Box 3174**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Certified Carpet & Surfaces**
**Inspection Co.**
**6922 Gunder Ave.**
**Middle River, MD 21220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $544.42 |
|---|---|---|---|

**CIT Technology Fin Serv., Inc.**
**10201 Centurion Parkway North**
**Suite 100**
**Jacksonville, FL 32255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,535.75 |
|---|---|---|---|

**Commercial Carpet Logistics**
**PO Box 847**
**Stevensville, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Flooring Solutions, Inc. | Case number (if known) | 16-12380 |
|---|---|---|---|
| | Name | | |

**3.19**

Nonpriority creditor's name and mailing address
**Comptroller Maryland**
**110 Carroll Street**
**Annapolis, MD 21411**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

**3.20**

Nonpriority creditor's name and mailing address
**Con-Serve Industries**
**PO Box 650490**
**Sterling, VA 20165**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,859.53**

**3.21**

Nonpriority creditor's name and mailing address
**Crescent Services**
**PO Box 470**
**Astatula, FL 34705**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$439.24**

**3.22**

Nonpriority creditor's name and mailing address
**Dal Tile**
**2331 York Road**
**Lutherville Timonium, MD 21093**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,276.03**

**3.23**

Nonpriority creditor's name and mailing address
**Daniel Chumpitaz**
**3303 Southgate Drive**
**Apt. 103**
**Alexandria, VA 22306-3303**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$241.70**

**3.24**

Nonpriority creditor's name and mailing address
**DC Treasurer**
**1275 K St. NW #600**
**Washington, DC 20005**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$70.00**

**3.25**

Nonpriority creditor's name and mailing address
**Delta Dental**
**4818 Starkey Rd**
**Roanoke, VA 24018**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,150.95**

| Debtor | Flooring Solutions, Inc. | | Case number (if known) | 16-12380 |
|---|---|---|---|---|
| | Name | | | |

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Department of Treasury**
**1500 Pennsylvania Ave, NW**
**Washington, DC 20220**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$195.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Dominic Padalino**
**1168 Silver Beach Road**
**Herndon, VA 20170**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$380.47**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Dominion Virginia Power**
**PO Box 26543**
**Richmond, VA 23290**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,957.83**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Edgar Mendez Landscaping**
**20196 Mt. Pony Road**
**Culpeper, VA 22701**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$9,250.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Elias Wilf Corporation**
**PO Box 309**
**Owings Mills, MD 21117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$118.36**

---

**3.31**

**Nonpriority creditor's name and mailing address**

**European Granite & Marble**
**Group, Inc.**
**145 19th Street**
**Brooklyn, NY 11232**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$31,669.00**

---

**3.32**

**Nonpriority creditor's name and mailing address**

**European Granite & Marble**
**Group, Inc.**
**145 19th St.**
**Brooklyn, NY 11232**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$31,669.00**

---

07/21/16 4:40PM

| Debtor | Flooring Solutions, Inc. | | Case number (if known) | 16-12380 |
|---|---|---|---|---|
| | Name | | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$255.00**

**Fairfax Fire Extinguisher, LLC**
PO Box 3033
Fairfax, VA 22038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$192,412.79**

**Faizi Syed**
44759 Brawner Place
Sterling, VA 20165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,649.46**

**Fazeel Syed**
47759 Brawner Place
Sterling, VA 20165

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$201.05**

**Federal Express**
PO Box 371461
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,250.00**

**First National Bank Omaha**
PO Box 2557
Omaha, NE 68103-2557

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Visa**

Last 4 digits of account number  **5876**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,862.21**

**FS Trading, LLC**
22445 Powers Court
Sterling, VA 20166

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140,928.46**

**H. Roger Zurn, Jr.**
Treasurer of Loudoun County
PO Box 1000
Leesburg, VA 20177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

7/21/16  4:40PM

| Debtor | **Flooring Solutions, Inc.** | Case number (if known) | **16-12380** |
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,659.14** |
| | **Home Depot** | ☐ Contingent | |
| | **PO Box 790420** | ☐ Unliquidated | |
| | **Saint Louis, MO 63179** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,000.00** |
| | **Hozik & Company, PLC** | ☐ Contingent | |
| | **374 Maple Ave East** | ☐ Unliquidated | |
| | **Vienna, VA 22180** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$192.52** |
| | **Impact Office** | ☐ Contingent | |
| | **6800 Distribution Drive** | ☐ Unliquidated | |
| | **Beltsville, MD 20705** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,446.00** |
| | **Indiana Floors** | ☐ Contingent | |
| | **8194 K&L Terminal Road** | ☐ Unliquidated | |
| | **Lorton, VA 22079** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,506.58** |
| | **Innovation Health** | ☐ Contingent | |
| | **PO Box 7247-0213** | ☐ Unliquidated | |
| | **Philadelphia, PA 19170** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,256.34** |
| | **Jacob Clary** | ☐ Contingent | |
| | **905 Parkview Drive** | ☐ Unliquidated | |
| | **South Hill, VA 23970** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,277.35** |
| | **Jared Adkins** | ☐ Contingent | |
| | **128 Oak View Drive, SE** | ☐ Unliquidated | |
| | **Leesburg, VA 20175** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | | |
| | | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| Debtor | Flooring Solutions, Inc. | Case number (if known) | 16-12380 |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,112.61** |
|---|---|---|---|

**Jeff Peterson**
**2601 Main Street**
**Halifax, VA 24558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,042.25** |
|---|---|---|---|

**Jefferson Lopez**
**23569 Thunder Branch Terrace**
**#203**
**Ashburn, VA 20148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,381.04** |
|---|---|---|---|

**Jennifer Jenkins**
**21 Jefferson Drive**
**Sterling, VA 20165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,250.12** |
|---|---|---|---|

**JJ Haines**
**6950 Aviation Blvd**
**Glen Burnie, MD 20161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,198.48** |
|---|---|---|---|

**Jose Santos Rodas Sanchez**
**1806 N. Brandon Ave**
**Sterling, VA 20164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,400.00** |
|---|---|---|---|

**JRS Contractor, Inc.**
**222 W. Beech Road**
**Sterling, VA 20164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,258.25** |
|---|---|---|---|

**Kabir Syed**
**108 N. Harrison Road**
**Sterling, VA 20164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Flooring Solutions, Inc. | | Case number (if known) | 16-12380 |
|---|---|---|---|---|
| | Name | | | |

---

**3.54** Nonpriority creditor's name and mailing address

**Kave Inanloo**
5401 Queensberry Ave
Springfield, VA 22151

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,625.24

---

**3.55** Nonpriority creditor's name and mailing address

**Keith Kirby**
15890 Moss Creek Court
Brandywine, MD 20613

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,800.00

---

**3.56** Nonpriority creditor's name and mailing address

**Kenia Sanchez**
47568 Saulty Drive
Sterling, VA 20165

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$336.00

---

**3.57** Nonpriority creditor's name and mailing address

**Kristene Johnson**
115 Balch Springs Circle SE
Leesburg, VA 20175

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,198.16

---

**3.58** Nonpriority creditor's name and mailing address

**Kristina Gilbert**
13344 Elk Run Road
Bealeton, VA 22712

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Expenses for Flooring Solutions, Inc. charged on
personal credit card**

Is the claim subject to offset? ■ No ☐ Yes

$11,059.07

---

**3.59** Nonpriority creditor's name and mailing address

**Level 3**
PO Box 910182
Germantown, MD 20874

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$3,432.87

---

**3.60** Nonpriority creditor's name and mailing address

**Lowes Island Golf Club**
20391 Lowes Island
Sterling, VA 20165

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$2,590.95

---

| Debtor | Flooring Solutions, Inc. | Case number (if known) | 16-12380 |
|---|---|---|---|
| | Name | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,465.88 |
|---|---|---|---|

**Lux Flooring, Inc.**
**44447A Brookfield Corporate Dr**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,944.51 |
|---|---|---|---|

**M'Armore, Inc.**
**1405 - H Willard Road**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $678.40 |
|---|---|---|---|

**Macke Water Systems**
**PO Box 545**
**Wheeling, IL 60090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,227.09 |
|---|---|---|---|

**Mannington**
**PO Box 96261**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,542.00 |
|---|---|---|---|

**Marble Systems, Inc.**
**2737 Dorr Avenue**
**Fairfax, VA 22031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Maria Salazar**
**23569 Thunder Branch**
**Ashburn, VA 20148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,874.01 |
|---|---|---|---|

**Masland Carpets, Inc.**
**PO Box 842980**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | Flooring Solutions, Inc. | Case number (if known) | 16-12380 |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $911.19 |
|---|---|---|---|

**Mats, Inc**
179 Campanielli Pkwy
Stoughton, MA 02072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,486.81 |
|---|---|---|---|

**Miles Tribble**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,124.00 |
|---|---|---|---|

**Mohawk Factoring, LLC**
235 Industrial Blvd
Chatsworth, GA 30705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.98 |
|---|---|---|---|

**Monitronics International, Inc**
8628 Innovation Way
Chicago, IL 60682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Monument Construction, Inc.**
3409 Cummings Lane
Chevy Chase, MD 20815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,465.32 |
|---|---|---|---|

**Morris Tile**
9132 Gaither Rd
Gaithersburg, MD 20877

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.77 |
|---|---|---|---|

**National Elevator Inspection
Services, Inc.**
10855 Metro Court
Maryland Heights, MO 63043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Flooring Solutions, Inc. | | Case number (if known) | 16-12380 |
|---|---|---|---|---|
| | Name | | | |

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,612.50**

Nemo Tile Company, Inc.
48 East 21st Street
New York, NY 20010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,425.40**

Nestor Arze
3917 Wendy Lane
Silver Spring, MD 20906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,924.10**

Nora Systems, Inc.
23248 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,245.63**

Oscar Belteton
4610 King Duncan Road
Alexandria, VA 22312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,650.00**

Pacific Solutions
11403 West Bernardo Court
San Diego, CA 92127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.52**

Pitney Bowes Credit Corporatio
BO Box 371874
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,600.00**

PNC
PO Box 856177
Louisville, KY 40285-6177

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Visa**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Flooring Solutions, Inc. | | Case number (if known) | 16-12380 |
|---|---|---|---|---|
| | Name | | | |

---

**3.82**

Nonpriority creditor's name and mailing address

**Principal Financial Group**
**6550 Rock Spring Drive**
**Suite 410**
**Bethesda, MD 20817**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

$1,163.96

---

**3.83**

Nonpriority creditor's name and mailing address

**R&S Floor Design**
**4178 Lord Culpeper Lane**
**Fairfax, VA 22030**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

$11,236.08

---

**3.84**

Nonpriority creditor's name and mailing address

**Regupol America**
**33 Keystone Drive**
**Lebanon, PA 17402**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

$63,890.00

---

**3.85**

Nonpriority creditor's name and mailing address

**Rentals Unlimited, Inc.**
**44783 Old Ox Road**
**Sterling, VA 20166**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

$2,444.06

---

**3.86**

Nonpriority creditor's name and mailing address

**RM Brokerage**
**801 S. Pickett Street**
**Alexandria, VA 22304**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

$627.35

---

**3.87**

Nonpriority creditor's name and mailing address

**Roesel Heck Company**
**4300 E. Monument Street**
**Baltimore, MD 21205**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

$37,864.82

---

**3.88**

Nonpriority creditor's name and mailing address

**Ryan Johnston**
**44136 Merrywood Ct**
**Ashburn, VA 20148**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

$1,117.64

---

| Debtor | Flooring Solutions, Inc. | Case number (if known) | 16-12380 |
|---|---|---|---|
| | Name | | |

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159,573.89**

Shaw Industries, Inc.
PO Box 3305
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,828.72**

Sheehan Insurance Group
6611 Jefferson Street
Haymarket, VA 20169

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,572.82**

Sickels Frei & Mims PC
3925 Chain Bridge Road
Suite 402
Fairfax, VA 22030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,418.82**

Southern Tile
PO Box 12209
Norfolk, VA 23541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,574.44**

Spartan Surfaces
10 South Hays Street
Bel Air, MD 21014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Standard Insurance
900 SW Fifth Ave
Portland, OR 97204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,946.78**

Stanley Stephens Co., Inc.
2565 Pearl Buck Road
Bristol, PA 19007

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Flooring Solutions, Inc. | Case number (if known) | 16-12380 |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160,556.44**

Stone Source
1129 20th Street NW
Suite 501
Washington, DC 20036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00**

Stone Studio
14805-H Willard Road
Chantilly, VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00**

Superior Pest Management
PO Box 2210
Ashburn, VA 20146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167.50**

Superior State Employer
Solutions
PO Box 577
Menominee, MI 48958

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,762.50**

T&T Associates, Inc.
1515 Summerset Pl
Herndon, VA 20170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,912.04**

Tandus Centiva US LLC
311 Smith Industrial Blvd
PO Box 1147
Dalton, GA 30722

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

Tasdemir Marble
and Granite LLC
5599 Seminary Road
Falls Church, VA 22041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Flooring Solutions, Inc. | | Case number (if known) | 16-12380 |
|---|---|---|---|---|
| | Name | | | |

---

**3.103** | Nonpriority creditor's name and mailing address

**The Holmberg Law Offices PC**
4118 Leonard Drive
Fairfax, VA 22030

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$640.00**

---

**3.104** | Nonpriority creditor's name and mailing address

**The Stone Studio**
14805 Willard Rd
Chantilly, VA 20151

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$8,644.35**

---

**3.105** | Nonpriority creditor's name and mailing address

**Thyssen Krup Elevator**
PO Box 933004
Atlanta, GA 31193

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,710.00**

---

**3.106** | Nonpriority creditor's name and mailing address

**TNS Construction Services, Inc**
21520 Inman Park Place
Ashburn, VA 20147

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$176,666.96**

---

**3.107** | Nonpriority creditor's name and mailing address

**To Market, Inc.**
1208 N. Council Ave
Oklahoma City, OK 73127

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$11,965.70**

---

**3.108** | Nonpriority creditor's name and mailing address

**Uline**
2200 South Lakes Drive
Waukegan, IL 60085

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$74.76**

---

**3.109** | Nonpriority creditor's name and mailing address

**VDOT**
1401 E Broad Street
Richmond, VA 23219

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$70.50**

---

| Debtor | Flooring Solutions, Inc. | | Case number (if known) | 16-12380 |
|---|---|---|---|---|
| | Name | | | |

---

**3.110** | Nonpriority creditor's name and mailing address | | | $1,469.22

**Verizon**
PO Box 17577
Baltimore, MD 21297

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | | | $8,414.03

**VG Flooring**
1680 South SE, US-41
Calhoun, GA 30701

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | | | $100.00

**Wage Works**
PO Box 870725
Kansas City, MO 64187

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | | | Unknown

**Walter Light**
210 ROSS DR SW
VIENNA, VA 22108

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | | | $289.00

**Washington Gas**
PO Box 830036
Baltimore, MD 21283

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | | | $967.40

**Wayne Griffing**
7 Greencastle Road
Sterling, VA 20164

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | | | $7,500.00

**Westlake Legal Group**
46175 Westlake Drive
 Suite 320
Sterling, VA 20165

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Legal Fees / Retainer Owed by Debtor for Bankruptcy Filing

Last 4 digits of account number __

Is the claim subject to offset? ☑ No   ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | Flooring Solutions, Inc. | Case number (if known) | 16-12380 |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 1,738,470.93 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,738,470.93 |

**Fill in this information to identify the case:**

Debtor name  **Flooring Solutions, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)  **16-12380**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | **thru 2025** |
| | List the contract number of any government contract | |
| | | **FS Trading LLC**<br>**22445 Powers Court**<br>**Sterling, VA** |

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract re: CELL PHONES** |
| | State the term remaining | |
| | List the contract number of any government contract | |
| | | **Verizon**<br>**c/o CT Corp System**<br>**4701 Cox Road, #285**<br>**Glen Allen, VA 23060** |

**Fill in this information to identify the case:**

Debtor name   **Flooring Solutions, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **16-12380**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Fazeel Syed** | **47759 Brawner Place Sterling, VA 20165** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Fazeel Syed** | **47759 Brawner Place Sterling, VA 20165 Guarantor on Line Credit** | **Sona Bank** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Kristina Gilbert** | **13344 Elk Run Road Bealeton, VA 22712 Guarantor on Bonds** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy