# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| In the Matter of   ] | |
| ] | |
| FLOORING SOLUTIONS, INC.   ] | CASE NO. 16-12380-BFK |
| ] | Chapter 7 |
| Debtor   ] | |

### RESPONSE BY SONABANK TO TRUSTEE'S MOTION
### TO EMPLOY KEVIN M. O'DONNELL AS COUNSEL

SONABANK, by and through undersigned counsel, responds to the Chapter 7 Trustee's Motion to employ Kevin M. O'Donnell, Esq as her counsel as follows:

1. Kevin M. O'Donnell did represent Sonabank in this case for the purpose of filing a Motion for Relief from the Automatic Stay (Docket #18).

2. The Motion was granted by this Court (Docket #32).

3. Mr. O'Donnell subsequently withdrew as counsel for Sonabank, with the Bank's consent.

4. Sonabank has no objection to the employment of Mr. O'Donnell or his firm, Henry & O'Donnell, PC as counsel for the Chapter 7 trustee in this case.

5. The Bank is represented now by counsel who is unaffiliated with Mr. O'Donnell or his firm, Henry & O'Donnell, PC.

Respectfully submitted:

SONABANK
By Counsel

/S/  Madeline A. Trainor
_____
Madeline A. Trainor, VSB#18531
REDMON, PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, Virginia 22314
703-684-2000
703-684-5109 (Fax)
mtrainor@rpb-law.com

## Certificate of Service

I hereby certify that I have this 15th day of August, 2016, mailed, first class postage prepaid, a true copy of the foregoing Response to:

> Whitney Lawrimore Hughes, Esquire
> Thomas K. Plofchan, Jr., Esquire
> Westlake Legal Group
> 46175 Westlake Drive, #320
> Sterling, VA  20165
> Counsel for Debtor
>
> Kevin M. O'Donnell, Esquire
> HENRY & O'DONNELL, PC
> 300 N. Washington Street, Suite 204
> Alexandria, Virginia 22314
> kmo@henrylaw.com
>
> Klinette Kindred, Esquire
> TYLER, BARTL, RAMSDELL & COUNTS, PLLC
> 300 N. Washington Street, Suite 200
> Alexandria, Virginia 22314
> kkindred@tbrclaw.com
>
> Jack Frankel, Esquire
> Office of the United States Trustee
> 110 South Union Street
> Alexandria, Virginia 223214
> Jack.I.Frankel@usdoj.gov

/S/  Madeline A. Trainor
Madeline A. Trainor